1  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
2  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
3  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
4  Telephone: 213/488-4100
   Telecopier: 213/488-4180
5

6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

13 | CARPENSTERS SOUTHWEST                | CASE NO. CV 12-2398
   | ADMINISTRATIVE CORPORATION, a        |      RGK(MANx)
14 | California non-profit; and BOARD OF  |
   | TRUSTEES FOR THE CARPENTERS          |
15 | SOUTHWEST TRUSTS,                    | REVISED JUDGMENT
   |                                      |
16 |                  Plaintiffs,         |
   |                                      |
17 | v.                                   | Before the Honorable
   |                                      |    R. Gary Klausner
18 | UNITED DRYWALLER'S, INC., a          |
   | California corporation; LUIS MANUEL  |
19 | PULIDA, an individual; ROGER         |
   | CARLYLE CONDON, an individual;       | DATE: August 20, 2012
20 | and DOES 1 through 10, inclusive,    | TIME: 9:00 a.m.
   |                                      | CTRM: 850
21 |                  Defendants.         |

22

23       It appearing that defendants, UNITED DRYWALLER'S, INC., a California

24 corporation and LUIS MANUEL PULIDA, an individual, having been regularly

25 served with process, having failed to plead or otherwise defend this action and their

26 default having been entered; on application of the CARPENTERS

27 SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF

28 TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and

after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST UNITED DRYWALLER'S, INC., a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $66,838.42 |
| 2. | Liquidated damages based on original contributions | 16,159.14 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to audit billing date | 1,591.39 |
| 4. | Audit Fees | 719.10 |
| 5. | Interest from audit billing date to August 20, 2012 (accruing at $15.93 per day) | 13,147.17 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 5,012.32 |
| | GRAND TOTAL | $103,467.54 |
| 7. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the legal rate. | |

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF FOR DEFALCATION AGAINST LUIS MANUEL PULIDA, an individual:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $11,988.00 |

////

|   |   |   |
|---|---|---|
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to August 20, 2012 (accruing at $2.29 per day) | 1,664.02 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 1,319.28 |
|   | GRAND TOTAL | $14,971.30 |

4. Plus costs to be determined after entry of judgment.

5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST UNITED DRYWALLER'S, INC., a California corporation:

1. For issuance of a permanent injunction restraining and enjoining UNITED DRYWALLER'S, INC., a California corporation ("CORPORATION"), for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period February 2012 and April 2012 to the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of CORPORATION, employed during the previous month under the AGREEMENT,

   c. A declaration from a responsible employee of CORPORATION, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for CORPORATION's Monthly Report; and

////

////

      d.    Checks for the full amount shown as owing to each Trust on CORPORATION's Monthly Report, payable as designated on the Monthly Report.

*[Signature: Gary Klausner]*

DATED: September 4, 2012  
_____  
THE HONORABLE R. GARY KLAUSNER  
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY  
A Professional Corporation

By: /s/ Margaret R. Gifford  8/28/12  
    MARGARET R. GIFFORD  
    Attorney for Plaintiffs

4